AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

RICHARD BURT,

     Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                       CASE NUMBER:  **3:08-CV-00330-RCJ-RAM**

MEGAN McCLELLAN, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant McClellan's Motion for Summary Judgment (#42) is GRANTED.


   November 4, 2009                             **LANCE S. WILSON**
                                                                    Clerk

                                                         /s/ D. R. Morgan
                                                              Deputy Clerk